IN THE SUPREME COURT OF TEXAS

 No. 10-0386

 IN RE DALLAS COUNTY HOSPITAL DISTRICT D/B/A PARKLAND HEALTH & HOSPITAL
 SYSTEM

 On Petition for Writ of Mandamus

ORDERED:

 1. Relator's emergency motion to stay, filed August 2, 2010, is
granted. The trial court's August 5, 2010 hearing, in Cause No. CC-09-
01417-B, styled Dallas County Hospital District d/b/a Parkland Health &
Hospital System v. LAZ/LA II Harry Hines Lot, L.P.; City of Dallas; Dallas
County; Dallas County Community College District; Dallas Independent School
District; and Texas Capital Bank, N.A., in the County Court at Law No. 2 of
Dallas County, Texas, is stayed pending further order of this Court.
 2. The petition for writ of mandamus remains pending before this
Court.

 Done at the City of Austin, this August 04, 2010.
 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk